UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW E. ROTH on behalf of<br>T-MOBILE US, INC.,<br><br>        Plaintiff,<br><br>    -v-<br><br>DEUTSCHE TELEKOM AG, and DEUTSCHE<br>TELEKOM HOLDING B.V.,<br><br>        Defendants,<br><br>and<br><br>T-MOBILE US, INC.,<br><br>        Nominal Defendant. | Case No. 1:25-cv-01137-JGK |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Andrew E. Roth, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against defendants Deutsche Telekom AG, and Deutsche Telekom Holding B.V and nominal defendant T-Mobile US, Inc.

Dated: New York, New York
   May 30, 2025

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

By: _____ s/ _____
    Glenn F. Ostrager

437 Madison Avenue
New York, New York 10022
Tel. No. (212) 681-0600
Fax No. (212) 681-0300
E-Mail: gostrager@ocfblaw.com

*Counsel for Plaintiff Andrew E. Roth*

**SO ORDERED:**
/s/ John G. Koeltl
U.S.D.J.
6/7/25